```
 1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
    Alan R. Plutzik (Bar No. 077785)
 2  L. Timothy Fisher (Bar No. 191626)
    Kathryn A. Schofield (Bar No. 202939)
 3  2125 Oak Grove Road, Suite 120
    Walnut Creek, California 94598
 4  Telephone: (925) 945-0200
    Facsimile:  (925) 945-8792
 5
    SCHIFFRIN & BARROWAY LLP
 6  Eric L. Zagar
    Sandra G. Smith
 7  280 King of Prussia Road
    Radnor, PA 19087
 8  Telephone:  (610) 667-7706
    Facsimile:  (610) 667-7056
 9
    Attorneys for Plaintiffs
10  Brozovich and Younan
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK BROZOVICH, Derivatively on Behalf of Nominal Defendant ACTEL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN C. EAST, ESMAT Z. HAMDY, PAUL V. INDACO, FARES N. MUBARAK, DENNIS G. KISH, HANK L. PERRET, DOUGLAS D. GOODYEAR, JEFFREY M. SCHLAGETER, DAVID M. SUGISHITA, DENNIS F. NYE, CARL N. BURROW, ROBERT J. SMITH II, ROBERT G. SPENCER and JACOB JACOBSSON,<br><br>Defendants,<br>and<br>ACTEL CORPORATION,<br><br>Nominal Defendant. | Case No. C06-05352 JW (HRL)<br><br>**CORRECTED STIPULATION AND [PROPOSED] ORDER VACATING SCHEDULE FOR FILING OF AMENDED COMPLAINT** |

# STIPULATION

WHEREAS, *Brozovich v. East, et al.* (06-cv-05352-JW) was filed on August 30, 2006;

WHEREAS, on November 1, 2006 in the *Brozovich* action, this Court ordered that an amended complaint be filed, and pursuant to that order the amended complaint is currently calendared for January 2, 2007;

WHEREAS *Younan v. East, et al.* (06-cv-06832-JW) was filed on November 2, 2006;

WHEREAS, on November 14, 2006 the parties filed a Stipulation and [Proposed] Order Consolidating Cases for All Purposes, and Setting Schedule for Filing of Consolidated Complaint;

WHEREAS, on November 15, 2006, Plaintiffs Brozovich and Younan filed a Motion to Appoint Lead Plaintiffs, Lead Counsel and Liaison Counsel ("Lead Plaintiff Motion"), to be heard on January 8, 2007 at 9:00 a.m., after the amended complaint in the *Brozovich* action is currently calendered;

WHEREAS, no opposition to the Lead Plaintiff Motion was filed;

WHEREAS, if the Court orders the *Brozovich* and *Younan* actions to be consolidated, Plaintiffs will be filing a consolidated amended complaint following the hearing;

WHERAS, the parties have entered into a Stipulation that Defendants need not respond to either the *Brozovich* or *Younan* complaints until such time as Plaintiffs file a consolidated complaint,

WHEREAS, counsel for Plaintiff and Defendants have met and conferred and have agreed that it is not in the interest of judicial efficiency for Plaintiffs to file to an amended complaint in the *Brozovich* action *and* a consolidated amended complaint in the consolidated action;

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record that the deadline for filing the amended complaint in the *Brozovich* action should be vacated pending an order on Plaintiffs' Lead Plaintiff Motion and the Consolidation Stipulation.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 26, 2006 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |

By: /s/ Alan R. Plutzik
    Alan R. Plutzik (Bar No. 077785)
    L. Timothy Fisher (Bar No. 191626)
    Kathryn A. Schofield (Bar No. 202939)
    2125 Oak Grove Road, Suite 120
    Walnut Creek, CA 94598
    Telephone: (925) 945-0200
    Facsimile: (925) 945-8792

SCHIFFRIN & BARROWAY, LLP
Eric Zagar
Sandra G. Smith
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706

*Counsel for Plaintiffs Brozovich and Younan*

DATED: December 26, 2006    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Bahram Seyedin-Noor
    Bahram Seyedin-Noor

Nina F. Locker (Bar No. 123838)
Caz Hashemi (Bar No. 210239)
Bahram Seyedin-Noor (Bar No. 203244)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Counsel for Defendants*

I, Alan R. Plutzik, am the ECF User whose identification and password are being used to file the Stipulation regarding related cases in compliance with General Order 45.X.B, hereby attest that Bahram Seyedin-Noor has concurred in this filing.

Dated: December 26, 2006                    BRAMSON, PLUTZIK, MAHLER &
                                            BIRKHAEUSER, LLP

                                            By:  /s/ Alan R. Plutzik
                                            Attorney for Plaintiffs

CORRECTED STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT  3
CASE NO. C06-05352 JW

* * *

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 27, 2006

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE